No. 00–7893.  ADAMS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–7904.  BAILEY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–7906.  SMITH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–7921.  ROBINSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–7922.  SHULER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–7927.  STEVENS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 00–7930.  VENTURA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–7931.  EDMISTEN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–7932.  COX v. BENIK, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 00–7933.  EASTER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–7942.  DUCKETT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–7953.  GARCIA-MARTINEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–7954.  BOERS ET UX. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 00–7957.  THORNTON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–7962.  ANTONIO ALVAREZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–7964.  RUDD v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.  C. A. D. C. Cir.  Certiorari denied.